# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mick Levin PLC, et al., | No. CV-21-01604-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Medicopy Services Incorporated, et al., | |
| Defendants. | |

Before the Court is the Stipulation Regarding First Amended Complaint and Extension of Time to Answer (Doc. 46). Plaintiffs and the Stipulating Defendants jointly request that the Court approve a briefing schedule for the Stipulating Defendants to respond to the First Amended Complaint, due to be filed on November 1, 2021. The Stipulating Defendants are: Medicopy Services, Inc., Record Reproductions Services LLC, ScanStat Technologies LLC, Sharecare Health Data Services LLC, American Medical Response of Maricopa LLC, Yuma Regional Medical Center, Tucson Medical Center, Ciox Health LLC, VHS Acquisition Subsidiary Number 1, Inc., VHS Outpatient Clinics, Inc., VHS of Arrowhead, Inc., Vanguard Health Management, Inc., Hospital Development of West Phoenix, Inc. Banner Health, HonorHealth, Dignity Health, and Healthsouth Valley of the Sun Rehabilitation Hospital LLC. For the reasons set forth in the Stipulation, good cause exists for this extension of time. Accordingly,

**IT IS ORDERED** granting the Stipulation Regarding First Amended Complaint and Extension of Time to Answer (Doc. 46). The briefing schedule shall be amended as set

forth in the Stipulation.

**IT IS FURTHER ORDERED** that:

1. Plaintiffs shall file a first amended complaint no later than **November 1, 2021**.
2. Stipulating Defendants shall have until **December 13, 2021** to answer or otherwise respond to the first amended complaint.
3. Plaintiffs shall have until **January 13, 2022** to file their response(s) to any motion(s) to dismiss.
4. Stipulating Defendants shall have until **February 10, 2022** to file their replies in support of the motion(s) to dismiss.

Dated this 27th day of October, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge