# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mick Levin PLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Medicopy Services Incorporated, et al.,<br><br>Defendants. | **NO. CV-21-01604-PHX-SMB**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 15, 2022, judgment is hereby entered and this case is now closed.

Debra D. Lucas
District Court Executive/Clerk of Court

August 16, 2022

By   s/ S. Strong
      Deputy Clerk